NIKON CORPORATION, Nikon Precision Inc., and Nikon Research Corporation of America, Appellants,

v.

INTERNATIONAL TRADE COMMISSION,
Appellee,

and

ASML HOLDING N.V., ASML Netherlands, B.V., and ASM Lithography, Inc., Intervenors.

No. 03–1378.

United States Court of Appeals,
Federal Circuit.

Dec. 2, 2004.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

BOBBO INCORPORATED, Plaintiff,

v.

FRIENDLY HOME PARTIES,
INC., Defendant–Appellee,

v.

Rinaldo Del GALLO, III, Sanctioned Party–Appellant.

No. 04–1603.

United States Court of Appeals,
Federal Circuit.

Dec. 2, 2004.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.